In the Matter of Supplementary Proceedings: BROADEX REALTY CORPORATION, Judgment Creditor, Respondent, v. WILLIAM R. JONES, Judgment Debtor, Appellant. JACKSON B. SELLS, Judgment Debtor.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER J. McCLELLAND, Respondent, v. CLIMAX HOSIERY MILLS, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARLINE SHAPIRO WEINGARTEN, Respondent, v. SAUL WEINGARTEN, Appellant. — Order modified by reducing the amount of alimony for the support and maintenance of plaintiff and of the infant child of the parties to the sum of $750 per month, and by reducing the amount of counsel fee to the sum of $1,500, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

ARTHUR LEE COOK, INC., Respondent, v. GEORGE F. SHURTLEFF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JULIAN A. GREGORY, Respondent, v. PINE PRODUCTS CO., LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIMON SCHNEIDER, Respondent, v. ABRAHAM BRENNER, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MOSES VALENTINE, Respondent, to Compel SAMUEL D. LASKY, Appellant, to Turn over to the Petitioner Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PETER J. BRENNAN and Another, Copartners, etc., Appellants, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Another, Respondents.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Matter of Brennan* v. *Board of Education* (245 N. Y. 8). Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, Appellant, v. SIDNEY C. SCHRAMME and Others, Respondents. NELLIE T. McAVOY, as Executrix, etc., Appellant, v. SIDNEY C. SCHRAMME and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and Proskauer, JJ.